# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,<br><br>          Defendants,<br><br>and<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE,<br><br>          Relief Defendants. | Civil Action No.<br><br>3:12cv803(G~~~~) |

## ~~PROPOSED~~ ORDER GRANTING PLAINTIFF SEC'S MOTION TO TEMPORARILY SEAL DOCKET

Upon Motion of Plaintiff Securities and Exchange Commission to Temporarily Seal the Docket

in this case, and for good cause shown therein, it is hereby ORDERED, ADJUDGED AND

DECREED, that the following documents filed by the SEC are for sealed until further Order of

this Court, but in no event longer than 72 hours from the entry of this Order:

    1.     Plaintiff SEC's Complaint

2.      Plaintiff's Application for a Temporary Restraining Order and Other Equitable

Relief

3.      Plaintiff's Memorandum in Support of Its Motion for a TRO

4.      Declaration of Monifa Wright, attached to Memorandum in Support of Motion for

TRO

5.      Plaintiff's Rule 65(b) Certification

6.      Proposed Order Granting the Relief Requested

SO ORDERED this 5th day of December, 2012.


_Graham C. Mullen_

UNITED STATES DISTRICT JUDGE