UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
DEC 5 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

JOHN W. FEMENIA, SHAWN C. HEGEDUS,
DANIELLE C. LAURENTI, CORAM REAL
ESTATE HOLDING, INC., GOLDSTAR P.S. INC.,
ROGER A. WILLIAMS, KENNETH M. RABY,
FRANK M. BURGESS, JAMES A. HAYES,
MATTHEW J. MUSANTE, ANTHONY C.
MUSANTE and AARON M. WENS,

    Defendants,

and

KRISTINE LACK and CHRISTINE E. MUSANTE,

    Relief Defendants.

Civil Action No. 3:12CV803

## ORDER TO UNSEAL DOCKET

Upon Motion of Plaintiff Securities and Exchange Commission to Unseal the Docket in this case, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED, that the previously Ordered temporary seal of the docket is hereby lifted.

SO ORDERED, this 5th day of December, 2012, 3:37 p.m.

_____
GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE