UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, , KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,<br><br>Defendants,<br><br>and<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE,<br><br>Relief Defendants. | Civil Action No.<br><br>3:12CV803 (GCM) |

## ORDER AMENDING TEMPORARY RESTRAINING ORDER

The Court hereby amends Section III. of its December 5, 2012 Order [Docket Entry 5], by deleting the words "this Court and" from the first sentence, so that the first sentence of Section III. reads as follows:

IT IS HEREBY FURTHER ORDERED that, the Defendants and Relief Defendants each shall submit in writing to Plaintiff Commission within two (2) business days following service of this Order, the following identity information:

**SO ORDERED,** 10th day of December, 2012.

Graham C. Mullen
UNITED STATES DISTRICT JUDGE