UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,<br><br>Defendants,<br><br>and<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE,<br><br>Relief Defendants. | Civil Action No.<br><br>3:12-cv-803-GCM |

## ORDER GRANTING PRELIMINARY INJUNCTION AND OTHER RELIEF AS TO DEFENDANTS SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., AND GOLDSTAR P.S. INC.

This matter came before the Court on December 17, 2012, for a hearing on the Securities and Exchange Commission's ("SEC") request that a preliminary injunction and continuing asset freeze be ordered against Defendants Shawn C. Hegedus ("Hegedus"), Danielle C. Laurenti ("Laurenti"), Coram Real Estate Holding, Inc. ("Coram"), and Goldstar P.S. Inc. ("Goldstar") (collectively "the Defendants"). All of the other defendants have consented to entry of a preliminary injunction and continuing asset freeze, with exceptions

1

to the freeze consented to by the SEC and effectuated by further Order of the Court.

At the hearing, the SEC presented witnesses and documents sufficient to prove that the Defendants were aware of the scheduled hearing and the relief requested but are determined to evade service and remain fugitives. The SEC also presented sufficient evidence through witnesses and exhibits to make out a prima facie case of securities fraud against the Defendants and to prove that further violations are likely in the absence of injunctive relief. The Defendants failed to appear and offered no opposition to the requested relief. Good cause having been shown, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

## I.

**IT IS ORDERED** that Hegedus, Laurenti, Coram, and Goldstar, their respective agents, servants, employees, attorneys and all persons in active concert or participation with them, in connection with the purchase or sale of securities, by use of any means or instrumentalities of interstate commerce or by use of the mails or any facility of any national securities exchange, be, and they hereby are, preliminarily restrained and enjoined from, directly or indirectly:

A. employing any device, scheme or artifice to defraud;

B. making any untrue statement of a material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and

C. engaging in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person in violation of Section 10(b) of the Exchange Act (15 U.S.C. § 78j(b) and Exchange Act Rule 10b-5 thereunder (17 C.F.R. § 240.10b-5).

## II.

**IT IS FURTHER ORDERED** that all the relief provided for in this Court's December 5, 2012 Temporary Restraining Order Freezing Assets of Defendants and Relief Defendants and other relief ("December 5 Order") is hereby extended as to Hegedus, Laurenti, Coram, and Goldstar until further Order of this Court.

## III.

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction over this matter and over the Defendants, in order to implement and carry out the terms of all Orders and Decrees that may be entered.

Signed: December 18, 2012

Graham C. Mullen
United States District Judge