UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

JOHN W. FEMENIA, SHAWN C. HEGEDUS,
DANIELLE C. LAURENTI, CORAM REAL
ESTATE HOLDING, INC., GOLDSTAR P.S. INC.,
ROGER A. WILLIAMS, , KENNETH M. RABY,
FRANK M. BURGESS, JAMES A. HAYES,
MATTHEW J. MUSANTE, ANTHONY C.
MUSANTE and AARON M. WENS,

        Defendants,

and

KRISTINE LACK and CHRISTINE E. MUSANTE,

        Relief Defendants.

Civil Action No.
3:12-cv-803

## ORDER CONTINUING AND PARTIALLY LIFTING ASSET FREEZE FOR DEFENDANT ROGER A. WILLIAMS

The Securities and Exchange Commission ("Commission") having filed a Complaint and Emergency *Ex Parte* Application for a Temporary Restraining Order and Other Relief on December 5, 2012 ("December 5 Order") against, among others, Defendant Roger A. Williams ("Williams") (the Commission and Williams referred to herein as the "Parties"); Williams having, among other things, consented to the entry of a preliminary injunction against him, which the Court entered on December 13, 2012 ("December 13 Order"), the Commission having made a Motion for a

1

Continuance and Partial Lifting of the Asset Freeze for Williams, to which Williams has consented, and the Parties having shown good cause why this Order should be entered,

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Williams is hereby continued until further order of the Court, EXCEPT THAT:

1. The asset freeze with respect to the SunTrust Bank business account of Millennium Resources Property Management, LLC ("Millennium"), account number xxxx-xxxx-x3634, shall be lifted so that Millennium may use that account to act in its ordinary course of business, including payments to employees and third-party vendors in arms-length transactions, but in no event shall the lifting of the freeze with respect to this account be construed to permit any withdrawal, transfer or payment from this account to Williams, any member of his family or any other Defendant or Relief Defendant in this action, whether directly or indirectly.

2. The asset freeze with respect to Williams's SunTrust Bank account, account number xxxx-xxxx-x2693 shall be partially lifted as follows:

   a. Sixty Two Thousand Seven Hundred Twenty Four Dollars and Fifty Seven Cents ($62,724.57) from this account shall be permitted to be used for the purpose of paying property taxes of Williams and/or his businesses, payroll taxes, child support payments, homeowners' association fees, accounting fees and school tuition; and

   b. Ten Thousand Dollars ($10,000.00) from that account shall be permitted to be used for Williams' living expenses.

Raby shall provide to the Commission on a monthly basis an accounting of the withdrawals, transfers and payments from the aforementioned bank account of Millennium.

All other terms and provisions of the Court's December 5 Order and December 13 Order with respect to Williams shall remain in full force and effect pending further Order of the Court.

SO ORDERED this 19th day of December 2012.

/s/ Graham C. Mullen
U.S. DISTRICT COURT JUDGE