## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-CV-803-GCM

|  |  |  |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | **ORDER GRANTING** **ADMISSION PRO HAC VICE** |
| JOHN W. FEMENIA, *et al,* | ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Edward Scott Morvillo,** filed December 26, 2012 [doc.# 48].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Morvillo is admitted to appear before this court *pro hac vice* on behalf of defendant John W. Femenia.

**IT IS SO ORDERED.**

Signed: December 28, 2012

Graham C. Mullen
United States District Judge