IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-803-GCM

| | |
|---|---|
| SECURITES & EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br>JOHN W. FEMENIA, *et al*,<br>          Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Edward Scott Morvillo,** filed December 26, 2012 [doc.# 48].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Morvillo is admitted to appear before this court *pro hac vice* on behalf of defendant John W. Femenia.

**IT IS SO ORDERED.**

Signed: December 28, 2012

Graham C. Mullen
United States District Judge