## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-CV-803-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **SECURITIES & EXCHANGE** | ) | |
| **COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **JOHN W. FEMENIA,** *et al,* | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lilly Ann Sanchez,** filed December 21, 2012 [doc.# 43].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Sanchez is admitted to appear before this court *pro hac vice* on behalf of defendants Matthew Musante, Anthony Musante, and Christine Musante.

**IT IS SO ORDERED.**

Signed: December 28, 2012

Graham C. Mullen
United States District Judge