UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITY AND EXCHANGE COMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 3:12- cv-803 |
| JOHN FEMEMNIA, SHAWN C. HEDEHEUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC. GOLDSTAR P.S. INC, ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS. | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| KRISTINE LACK and CHRISTINE E. MUSANTE | ) ) | |
| Relief Defendants. | ) | |

## ORDER CONTINUING AND PARTIALLY ASSET FREEZE FOR DEFENDANT ROGER A. WILLIAMS

The Security and Exchange Commission ("Commission") having filed a Complaint and Emergency Ex Parte Application for a Temporary Restraining Order Relief on December 5, 2012 ("December 5 Order ") against, among others, Defendant Roger A. Williams ("Williams") ( The Commission and Williams referred to herein as the "Parties"); Williams having previously, among other things, consented to the entry of a preliminary injunction against him, which the Court Entered on December 13, 2012("December 13 Order "), the Defendant, Roger A. Williams, having filed a motion for an additional Partial Lifting of the Asset freeze, which has been consented to by the Commission, and the parties having shown good cause why this order should entered,

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Roger A. Williams is hereby continued until further order of the court, EXCEPT THAT:

1.. The asset freeze with respect to Williams's Sun Trust Bank account, account number xxxx-xxxx-x2693 shall be partially lifted as follows:

a. Fifteen Thousand, from this account shall be permitted to be used for the purpose of payroll, child support, and other living expenses for the month of March 2013.

All other terms and provisions of the Court's prior December 5 Order and December 13 Order with respect to Williams shall remain in full effect pending further Order of the Court.

SO ORDERED.

Signed: February 26, 2013

Graham C. Mullen
United States District Judge