UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:12-CV-803 (GCM)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. FEMENIA, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>KRISTINE LACK and CHRISTINE MUSANTE, )<br>)<br>Relief Defendants. )<br>_____ ) | ORDER |

This matter is before the Court upon Defendant James Hayes' Motion for Limited Relief concerning his Ameritrade Account.

Defendant James Hayes seeks the entry of an Order allowing him to sell the securities in his Ameritrade brokerage account that remains frozen in this case. These funds will remain frozen in this account pending resolution of this case or further order of the Court. Based on the reasoning set forth in the Defendant's Motion, the Court finds that good cause supports the granting of the Motion.

It is therefore **ORDERED** that Mr. Hayes is permitted to sell all securities maintained in his Ameritrade Account (Account Number 757-796529). The proceeds of any stocks sales shall

remain frozen in the account until further Order of this Court.

    It is so **ORDERED**.

Signed: March 18, 2013

*[Signature]*

Graham C. Mullen
United States District Judge