FILED
CHARLOTTE, NC
MAR 27 2013
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,<br><br>Defendants,<br><br>and<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE,<br><br>Relief Defendants. | Civil Action No.<br><br>3:12-cv-803-GCM |

## ORDER EXTENDING THE TIME TO SERVE DEFENDANTS SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC. AND GOLDSTAR P.S. INC. WITH THE SUMMONS AND <u>COMPLAINT AND AUTHORIZING SERVICE BY PUBLICATION</u>

Upon Motion of Plaintiff Securities and Exchange Commission ("Plaintiff", "SEC" or "Commission") and the accompanying Memorandum of Law and Declarations in support thereof, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The time period for the Commission to serve the summons and complaint upon Defendants Shawn C. Hegedus, Danielle C. Laurenti, Coram Real Estate Holding, Inc. and GoldStar P .S. Inc. (collectively the "Hegedus Defendants") shall be extended by sixty days from April 4, 2013 to and through June 3, 2013; and

2. The Commission is hereby authorized to serve the Hegedus Defendants by publication.

SO ORDERED this 27th day of March, 2013

*[signature]*
United States District Judge