UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITY AND EXCHANGE COMISSION, )<br>)<br>Plaintiff, )<br>)<br>)<br>JOHN FEMEMNIA, SHAWN C. HEDEHEUS, )<br>DANIELLE C. LAURENTI, CORAM REAL )<br>ESTATE HOLDING, INC. GOLDSTAR P.S. INC, )<br>ROGER A. WILLIAMS, KENNETH M. RABY, )<br>FRANK M. BURGESS, JAMES A. HAYES, )<br>MATTHEW J. MUSANTE, ANTHONY C. )<br>MUSANTE and AARON M. WENS. )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>KRISTINE LACK and CHRISTINE E. MUSANTE )<br>)<br>Relief Defendants. ) | Civil Action No.<br>3:12- cv-803<br><br>**ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Attorneys for Plaintiff and Defendants, James Hayes and Kenneth Burgess, are directed to appear for a status conference on **May 9, 2013 at 10:30 a.m. in Chambers**.

SO ORDERED.

Signed: April 22, 2013

Graham C. Mullen
United States District Judge