**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITY AND EXCHANGE COMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| ) | 3:12- cv-803 |
| JOHN FEMEMNIA, SHAWN C. HEDEHEUS, ) | |
| DANIELLE C. LAURENTI, CORAM REAL ) | |
| ESTATE HOLDING, INC. GOLDSTAR P.S. INC, ) | |
| ROGER A. WILLIAMS, KENNETH M. RABY, ) | |
| FRANK M. BURGESS, JAMES A. HAYES, ) | |
| MATTHEW J. MUSANTE, ANTHONY C. ) | |
| MUSANTE and AARON M. WENS. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| KRISTINE LACK and CHRISTINE E. MUSANTE ) | |
| ) | |
| Relief Defendants. ) | |

**ORDER CONTINUING AND PARTIALLY LIFTING ASSET FREEZE FOR**
**DEFENDANT KENNETH M. RABY**

The Security and Exchange Commission ("Commission") having filed a Complaint and Emergency Ex Parte Application for a Temporary Restraining Order Relief on December 5, 2012 ("December 5 Order ") against, among others, Defendant Kenneth M. Raby ("Raby") ( The Commission and Raby referred to herein as the "Parties"); Raby having previously, among other things, consented to the entry of a preliminary injunction against him, which the Court Entered on December 13, 2012("December 13 Order "), the Defendant, Kenneth M. Raby, having filed a motion for an additional Partial Lifting of the Asset freeze, which has been consented to by the Commission, and the parties having shown good cause why this order should entered,

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Kenneth M. Raby is hereby continued until further order of the court, EXCEPT THAT:

1.. The asset freeze with respect to Kenneth M. Raby's BB&T Bank account, account number xxxx-xxxx-8891 shall be partially lifted as follows:

   a. Fifteen Thousand Dollars ($15,000.00) from this account shall be permitted to be used for the purpose of living expenses for the month of May 2013

All other terms and provisions of the Court's prior December 5 Order and December 13 Order with respect to Raby shall remain in full effect pending further Order of the Court.

Signed: May 1, 2013

Graham C. Mullen
United States District Judge