IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV803

SECURITIES AND EXCHANGE COMMISSION, )
    Plaintiff, )
     )
vs. ) ORDER
     )
JOHN FEMENTIA, et al., )
    Defendants, )
     )
and )
     )
KRISTINE LACK and CHRISTINE MUSANTE, )
    Relief Defendants. )
_____ )

This matter is before the Court on its own motion. A status conference was held in this matter on May 9, 2013. Based upon discussions at the conference,

IT IS HEREBY ORDERED:

1. That the SEC shall file its Amended Complaint no later than May 23;

2. That Defendants Hayes and Burgess shall either file Answers or enter into a Consent Judgment by June 30;

3. That any Motion for Disgorgement shall be filed by the SEC by July 30, and Defendants Hayes and Burgess shall respond within thirty days; and

4. That any necessary hearing will be scheduled thereafter.

Signed: May 9, 2013

Graham C. Mullen
United States District Judge