UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, , KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS, <br><br> Defendants, <br><br> and <br><br> KRISTINE LACK and CHRISTINE E. MUSANTE, <br><br> Relief Defendants. | Civil Action No. <br><br> 3:12-cv-803-GCM |

**ORDER CONTINUING AND PARTIALLY LIFTING ASSET FREEZE
WITH RESPECT TO DEFENDANT ROGER A. WILLIAMS**

WHEREAS on December 5, 2012, Plaintiff Securities and Exchange Commission

("SEC" or "Commission") filed its Complaint [Dkt. No. 3] and Motion for Temporary

Restraining Order and other relief against, among others, Defendant Roger A. Williams

("Williams") [Dkt. No. 4];

WHEREAS, the Court entered on December 5, 2012 a Temporary Restraining Order

Freezing Assets of Defendants and Relief Defendants and Granting Other Relief and for an

Order to Show Cause Why a Preliminary Injunction Should Not Be Issued ("December 5 Order"), including but not limited to, a freeze of the assets of Defendant Williams [Dkt. No. 5];

WHEREAS, Defendant Williams consented to the entry of a preliminary injunction order against him, which the Court entered on December 13, 2012 [Dkt. No. 28];

WHEREAS, the Court, by Order of December 19, 2013, continued and partially lifted the asset freeze with respect to certain of Williams' assets [Dkt. No. 40];

WHEREAS, the Court, by further orders, has continued and partially lifted the asset freeze with respect to certain of Williams' assets from time to time;

WHEREAS, Defendant Williams seeks further limited relief from the asset freeze in order to pay living expenses over several months, legal fees and taxes;

WHEREAS, the Court has been advised that the Commission does not object to the relief requested;

WHEREAS, the Court has been advised that, upon the ordering of the relief contained herein, Williams wishes to withdraw and deem as moot his Motion for Partial Relief from Asset Freeze by Modification of Preliminary Injunction filed on May 7, 2013 [Dkt. No. 100];

**IT IS HEREBY ORDERED** that the asset freeze with respect to the assets of Williams is hereby continued until further order of the Court, EXCEPT THAT the asset freeze with respect Williams 'TD Ameritrade account xxx-xxx-646 shall be partially lifted in and up to the amount of $200,000.000 (Two Hundred Thousand Dollars) in order to permit Williams to pay his ordinary and customary living expenses over several months, legal fees and taxes.

**IT IS HEREBY FURTHER ORDERED** that Defendant Williams' Motion for Partial Relief from Asset Freeze by Modification of Preliminary Injunction filed on May 7, 2013 is hereby deemed withdrawn and moot [Dkt. No. 100].

All other terms and provisions of the Court's prior orders with respect to Williams shall remain in full force and effect pending further order of the Court.

Signed: May 22, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge