UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-CV-803-GCM

| |
|---|
| SECURITIES AND EXCHANGE COMMISSION, |
| Plaintiff, |
| v. |
| ANTHONY C. MUSANTE, |
| Defendant, |
| and CHRISTINE E. MUSANTE, |
| Relief Defendant. |

ORDER

The Security and Exchange Commission ("Commission") having filed a Complaint and Emergency Ex Parte Application for a Temporary Restraining Order Relief on December 5, 2012 ("December 5 Order ") against, among others, Defendant Anthony C. Musante and Relief Defendant Christine E. Musante (The Commission, Mr. Musante, and Mrs. Mustante collectively referred to herein as the "Parties"); Mr. and Mrs. Musante having previously, among other things, consented to the entry of a preliminary injunction against them, which the Court Entered on December 13, 2012 ("December 13 Order "), Mr. and Mrs. Musante having filed a motion for an additional Partial Lifting of the Asset freeze, which has been consented to by the Commission, and the parties having shown good cause why this order should entered,

1

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Mr. and Mrs. Musante is hereby continued until further order of the court, EXCEPT THAT:

1. The asset freeze with respect to Mr. and Mrs. Musante's TD IRA Savings Account No. XXXXX60667 ("TD account") and Mr. and Mrs. Musante's Chase Checking Account No. XXXX71518 ("Chase account"), Account No. xxxx-xxxx-8891 shall be partially lifted as follows:

    a. The balance of the Chase Checking Account, One Thousand Two Hundred Seventy-Four Dollars and Seventeen Cents ($1,274.17), shall be permitted to be unfrozen; and

    b. The balance of the TD account, Four Thousand Three Hundred Eighty-Seven Dollars and Ninety-Two Cents ($4,387.92), shall be permitted to be unfrozen.

All other terms and provisions of the Court's prior December 5 Order and December 13 Order with respect to Mr. and Mrs. Musante shall remain in full effect pending further Order of the Court.

22 July 13

*Graham C. Mullen*
U.S. District Court Judge