IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-803-GCM

| SECURITIES AND EXCHANGE COMMISSION, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| JOHN W. FEMENIA, *et al*, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

     THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. A conference on the penalty phase for only Defendants Frank M. Burgess and James A. Hayes will be held on **September 25, 2013 at 11:00 a.m.** in Courtroom #3.

     SO ORDERED.

Signed: August 26, 2013

Graham C. Mullen
United States District Judge