## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| SECURITY AND EXCHANGE COMISSION, )<br><br>Plaintiff, )<br><br>JOHN FEMEMNIA, SHAWN C. HEDEHEUS, )<br>DANIELLE C. LAURENTI, CORAM REAL )<br>ESTATE HOLDING, INC. GOLDSTAR P.S. INC, )<br>ROGER A. WILLIAMS, KENNETH M. RABY, )<br>FRANK M. BURGESS, JAMES A. HAYES, )<br>MATTHEW J. MUSANTE, ANTHONY C. )<br>MUSANTE and AARON M. WENS. )<br><br>Defendants, )<br><br>and )<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE )<br><br>Relief Defendants. ) | Civil Action No.<br>3:12- cv-803 |

### ORDER CONTINUING AND PARTIALLY ASSET FREEZE FOR
### DEFENDANT ROGER A. WILLIAMS

The Security and Exchange Commission ("Commission") having filed a Complaint and Emergency Ex Parte Application for a Temporary Restraining Order Relief on December 5, 2012 ("December 5 Order ") against, among others, Defendant Roger A. Williams ("Williams") ( The Commission and Williams referred to herein as the "Parties"); Williams having previously, among other things, consented to the entry of a preliminary injunction against him, which the Court Entered on December 13, 2012("December 13 Order "), the Defendant, Roger A. Williams, having filed a motion for an additional Partial Lifting of the Asset freeze, to which the Commission has not objected, and the parties having shown good cause why this order should entered,

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Roger A. Williams is hereby continued until further order of the court, EXCEPT THAT:

1.    The asset freeze with respect to Williams's TD Ameritrade account, account number xxx-xxx-646 shall be partially lifted IMMEDIATELY as follows:

    a.    One Hundred Thousand, ($100,000.00) from this account shall be permitted to be withdrawn and used for the purposes of facilitating the sale of the real property located at 10603 New Town Road, Waxhaw, North Carolina 28173, including moving costs, relocation costs, taxes and other expenses incurred as a result of the sale of said property.

    All other terms and provisions of the Court's prior December 5 Order and December 13 Order with respect to Williams shall remain in full effect pending further Order of the Court.

Signed: September 25, 2013

Graham C. Mullen
United States District Judge