UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITY AND EXCHANGE ) <br> COMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> JOHN FEMEMNIA, SHAWN C. HEDEHEUS, ) <br> DANIELLE C. LAURENTI, CORAM REAL ) <br> ESTATE HOLDING, INC. GOLDSTAR P.S. INC, ) <br> ROGER A. WILLIAMS, KENNETH M. RABY, ) <br> FRANK M. BURGESS, JAMES A. HAYES, ) <br> MATTHEW J. MUSANTE, ANTHONY C. ) <br> MUSANTE and AARON M. WENS. ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> KRISTINE LACK and CHRISTINE E. MUSANTE ) <br> ) <br> Relief Defendants. ) | Civil Action No. <br> 3:12- cv-803 |

**ORDER CONTINUING AND PARTIALLY ASSET FREEZE FOR
DEFENDANT ROGER A. WILLIAMS**

The Security and Exchange Commission ("Commission") having filed a Complaint and Emergency Ex Parte Application for a Temporary Restraining Order Relief on December 5, 2012 ("December 5 Order ") against, among others, Defendant Roger A. Williams ("Williams") ( The Commission and Williams referred to herein as the "Parties"); Williams having previously, among other things, consented to the entry of a preliminary injunction against him, which the Court Entered on December 13, 2012("December 13 Order "), the Defendant, Roger A. Williams, having filed a motion for an additional Partial Lifting of the Asset freeze, to which the Commission does not object, and the parties having shown good cause why this order should entered,

IT IS HEREBY ORDERED that the asset freeze with respect to the assets of Roger A. Williams is hereby continued until further order of the court, EXCEPT THAT:

1. The asset freeze with respect to Williams's real estate shall be partially lifted IMMEDIATELY as follows:

    a. The real property located at 10603 New Town Road, Waxhaw, North Carolina 28173, and contents which are under contract for sale, and scheduled for closing on October 1, 2013;

2. The closing attorney, John Burns, shall hold all of the sales proceeds in his trust account pending further Orders of the Court, which the Court anticipates to be issued shortly.

All other terms and provisions of the Court's prior December 5 Order and December 13 Order with respect to Williams shall remain in full effect pending further Order of the Court.

Signed: September 26, 2013

Graham C. Mullen
United States District Judge