UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-803 (GCM)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN W. FEMENIA, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| KRISTINE LACK and CHRISTINE MUSANTE, | ) |
| | ) |
| Relief Defendants. | ) |

## ORDER TO SEAL DEFENDANT HAYES' DECLARATION OF JAMES A. HAYES, IV

This matter is before the Court upon Defendant James Hayes' Motion for Entry of an Order sealing the Declaration of James A. Hayes, IV, and the exhibits thereto. Based on the reasoning set forth in the Defendant's Motion to Seal, the Court finds that good cause supports the sealing of Mr. Hayes' Declaration.

It is therefore ORDERED that the Declaration of James A. Hayes, IV, and all exhibits thereto be filed under seal and maintained under seal.

Signed: February 20, 2014

Graham C. Mullen
United States District Judge