IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV803

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| JOHN W. FEMENTIA, et al., | ) ) | |
| Defendants, And | ) ) ) | |
| KRISTINE LACK and CHRISTINE MUSANTE, | ) ) ) | |
| Relief Defendants. | ) ) | |

This matter is before the Court upon Plaintiff's Motion for Civil Penalties against Defendants James A. Hayes and Frank M. Burgess. A hearing was held in this matter on April 1, 2014. For the reasons stated in open Court,

IT IS THEREFORE ORDERED that Plaintiff's motion is denied and the Court hereby declines to impose civil penalties against these defendants.

Signed: April 1, 2014

Graham C. Mullen
United States District Judge