UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-CV-803-GCM

FILED
CHARLOTTE, NC
AUG 19 2015
US District Court
Western District of NC

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY MUSANTE, | |
| Defendant, | |
| And CHRISTINE MUSANTE, | |
| Relief Defendant. | |

This matter is before the Court upon Defendant Anthony Musante and Relief Defendant Christine E. Musante's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. For the reasons stated in the Motion, and with no opposition from the Plaintiff, the Court finds good cause to allow an extension of time to file an answer.

It is therefore ORDERED that the Motion is GRANTED. The deadline for Defendant Anthony Musante and Relief Defendant Christine E. Musante to file an Answer or other responsive pleading to the Plaintiff's Complaint is hereby extended up to and including October 8, 2015.

This the ___ day of August, 2015.

_____
HON. GRAHAM C. MULLEN
Senior U.S. District Court Judge