# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| v. | **Civil Action No.** |
| | **3:12-cv-803-GCM** |
| **JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,** | |
| Defendants, | |
| and | |
| **KRISTINE LACK and CHRISTINE E. MUSANTE,** | |
| Relief Defendants. | |

## JUDGMENT AS TO DEFENDANT MATTHEW J. MUSANTE

The Securities and Exchange Commission ("Commission") having filed an amended complaint and made a Motion for Judgment against Defendant Matthew J. Musante ("Defendant" or "Matthew Musante"), upon the submissions and filings with the Court and for good cause shown:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Matthew Musante is liable for disgorgement of $ 1,661,000, representing profits gained as a result of the conduct alleged in the amended complaint. The Court declines to order prejudgment interest and civil penalties.

Matthew Musante shall satisfy the foregoing obligation by paying the amounts to the Securities and Exchange Commission within 30 days after entry of this Judgment. Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the specific name of the Defendant as the defendant in this action making the payment; and specifying that payment is made pursuant to this Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making the payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned. The Commission shall send the funds paid pursuant to this Judgment to the United States Treasury.

The Commission may enforce the Court's Judgment for disgorgement by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Judgment.  Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court will retain jurisdiction over this matter and over the Defendant, in order to implement and carry out the terms of all Orders and Decrees that may be entered, including this Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Signed: September 9, 2019

Graham C. Mullen
United States District Judge