# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,<br><br>Defendants,<br><br>and<br><br>KRISTINE LACK and CHRISTINE E. MUSANTE,<br><br>Relief Defendants. | Civil Action No.<br><br>3:12-cv-803-GCM<br><br><br>ORDER |

This matter is before the Court upon Defendant Matthew Musante's Motion for Reconsideration. Mr. Musante seeks to have the Court reconsider its Judgment entered September 9, 2019 setting the amount of disgorgement at $1.661 million. The Court has considered the motion and hereby amends the Judgment entered on September 9, 2019 to provide that the amount of disgorgement be set at $1,369,137.50, which represents all of the

funds frozen by the SEC in the two Ameritrade accounts controlled by the Defendant which were used in the insider trading.

    IT IS SO ORDERED.

Signed: October 8, 2019

Graham C. Mullen
United States District Judge