# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN W. FEMENIA, SHAWN C. HEGEDUS, DANIELLE C. LAURENTI, CORAM REAL ESTATE HOLDING, INC., GOLDSTAR P.S. INC., ROGER A. WILLIAMS, KENNETH M. RABY, FRANK M. BURGESS, JAMES A. HAYES, MATTHEW J. MUSANTE, ANTHONY C. MUSANTE and AARON M. WENS,**<br><br>Defendants,<br><br>and<br><br>**KRISTINE LACK and CHRISTINE E. MUSANTE,**<br><br>Relief Defendants. | **Civil Action No.**<br><br>**3:12-cv-803-GCM** |

# **ORDER**

WHEREAS, the Court entered a judgment on September 9, 2019 ordering Defendant Matthew J. Musante to pay disgorgement in a total amount of 1,661,000 [Dkt. 394];

WHEREAS, following a Motion for Reconsideration [Dkt. 395], the Court amended its prior judgment to reduce the total amount of disgorgement to $1,369,137.50 consisting of the money held in two TD Ameritrade accounts frozen by the Plaintiff [Dkt. 396];

WHEREAS, TD Ameritrade has requested clarification of the Court's judgment and order, and the applicable parties have sought and consented to the Court's entry of this order;

NOW IT IS HEREBY ORDERED as follows:

1. With respect to the TD Ameritrade account owned by Matthew Musante and ending in 9118, the amount of $495,530.68 shall be transferred from that TD Ameritrade account to the recipient Plaintiff as set forth in Section 6 below and shall be used to reduce the $1,369,137.50 disgorgement ordered.

2. With respect to the TD Ameritrade account owned by Anthony and Christine Musante and ending in 8310, an amount totaling $873,606.82, constituting the remaining balance of the $1,369,137.50, shall be transferred from that TD Ameritrade to the recipient Plaintiff as set forth in Section 6 below and

shall be used to pay the balance of the disgorgement amount owed.

     3.    All other remaining balances in any and all TD Ameritrade accounts owned by Matthew Musante, Anthony Musante, and Christine Musante shall be transferred to the owner(s) of such accounts.

     4.    To the extent applicable, all other bank and brokerage accounts of Matthew Musante shall be unfrozen.

     5.    The FedEx/Vanguard IRA account, Plan number 09311of Anthony Musante shall also be unfrozen with Anthony Musante having full access and control over that account.

     6.    TD Ameritrade may transmit the foregoing payments set forth in Sections 1 and 2 above directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm, or may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

     Enterprise Services Center
     Accounts Receivable Branch
     6500 South MacArthur Boulevard
     Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the specific name of the Defendant Matthew Musante as the defendant in this action making the payment; and specifying that payment is

made pursuant to the Court's October 8, 2019 order. TD Ameritrade shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.

7. Unless specifically addressed herein, all other orders entered by the Court in its September 9, 2019 Judgment [Dkt. 394] and October 8, 2019 Order [Dkt. 396] shall remain in full force and effect as if fully set forth herein.

Signed: October 15, 2019

Graham C. Mullen
United States District Judge