IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) JOHN W. FEMENIA, et al., ) ) Defendants, ) ) and ) ) KRISTINE LACK and CHRISTINE MUSANTE, ) ) Relief Defendants. ) | Civil No. 3:12-cv-803 (GCM) **ORDER** |

This matter is before the Court upon Danielle Laurenti's *pro se* letter Motion to Set Aside Default Judgment, filed November 15, 2021. (Doc. No. 416). The Plaintiff was directed to respond within fourteen days if it wished to file a response in opposition. (Doc. No. 417). No response in opposition was filed.

Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the Court finds that the relief requested by Ms. Laurenti is justified and Judgment as against her is hereby set aside.

IT IS SO ORDERED.

Signed: December 13, 2021

Graham C. Mullen
United States District Judge