UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:12-CV-803 (GCM)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>   v.<br>JOHN W. FEMENIA, et al.,<br>          Defendants,<br>and<br>KRISTINE LACK and CHRISTINE MUSANTE,<br>         Relief Defendants. | ORDER GRANTING<br>MOTION FOR APPROVAL<br>OF SALE OF PROPERTY |

  THIS MATTER IS BEFORE THE COURT on the defendant Roger A. Williams's Motion for approval to accept an outstanding Offer to Purchase and the Sale of property located at 10507 New Town Road, Marvin, North Carolina;

  AND IT APPEARING TO THE COURT that the sale of the property is a fair market value transaction:

  IT IS THEREFORE ORDERED:

  1. The Court approves and authorizes the defendant to sell and close on the sale of the real property located at 10507 New Town Road, Waxhaw, North Carolina 28173, comprising of two parcels, Tax Parcel Number 06240006 and Tax Parcel 06240005A.

  2. The closing attorney, shall hold all of the net sales proceeds in his trust account pending instruction by the plaintiff as to how the net proceeds shall be paid to the United States.

  3. The amount of the net proceeds shall be applied against the disgorgement Order entered against the defendant by this Court's Order of November 17, 2016.

Signed: May 11, 2023

*Graham C. Mullen*
Graham C. Mullen
United States District Judge